**88-2164.** State v. Johnson. *Lucas County,* No. L-87-322. On motion for leave to file

720

memorandum in support instanter. Motion granted.

Wright, J., dissents.